## Catharine Township Road.

1. An order issued for the view of a road between designated termini, the order also designating intermediate points. *Held*, that designating intermediate points was fatal to the proceedings.

2. After the return of the viewers and exceptions, the exceptant and the principal party advocating the road, by writing filed agreed to a change in one terminus. The court confirmed the return of the viewers with the exception that the "southern end * * * be changed," as agreed upon. *Held*, to be error; the court had no power to change the route as reported.

May 18th 1874. Before AGNEW, C. J., SHARSWOOD, WILLIAMS, MERCUR and GORDON, JJ.

Certiorari to the Court of Quarter Sessions of *Blair county*: Of May Term 1873, No. 64.

At July sessions 1869 of the court below, there was a petition for viewers for a road "to lead from a point on the Etna Iron Works and Cove Forge road, near and west of a barn the property of Joseph Isenberg, by the best route through lands of Joseph Isenberg, John Clark and John K. Sissler, to a point on the road leading from Etna Iron Works to John K. Sissler's, near an old barn belonging to John Clark." Viewers were accordingly appointed, and an order, reciting the description of the road asked for in the words of the petition, issued to the viewers. To the October sessions the viewers reported that they had laid out a road substantially as prayed for; the report was confirmed nisi. At the January sessions 1870 an order for review was issued; reviewers reported the same road, which was confirmed nisi June 21st 1870. Exceptions were filed to the report by Joseph Isenberg. On the 16th of March 1871, John Clark, who was advocating the road, and Isenberg entered into an agreement of compromise, in pursuance of which the court made the following order, which is in the words of the agreement:—

"And now, March 19th 1871, the report of reviewers confirmed absolutely as to the road within laid out, except that the southern end of same be changed to a point about eight rods west of present location, near a stone pile, and from thence to run east, as nearly as possible, along between Samuel Isett and Joseph Isenberg, to the nearest point on new road as within laid on land of John Clark."

At October sessions 1871, Samuel Isett presented a petition, setting forth: That the change in the location of the road from that made by the viewers and reviewers materially affected him in passing through his land; that he had no notice of the intended change; that it was done by Clark and Isenberg, the parties directly interested; that the order made by the court was illegal, and praying that it be revoked and the report of the viewers or reviewers be confirmed or referred to other viewers.

[Catharine Township Road.]

The court granted a rule to show cause why the order should not be revoked, which rule, on 19th March 1872, was discharged.

Writs of certiorari were issued, at the instance both of Isenberg and Isett, to remove the proceedings to the Supreme Court. Isett assigned these errors:—

1. The court erred in laying out a road different from that reported by the viewers and reviewers.

2. The order is too indefinite as to the location of that part of the road changed by the court.

Isenberg assigned for error:—

1. That by the order to view and lay out the road the viewers are required to lay out the same through the lands of Joseph Isenberg, John Clark and John K. Sissler.

2. That one of the termini of the road is not designated in the report of the viewers—that is to say, the point in the Etna Iron Works and Cove Forge road, near and west of a barn the property of Joseph Isenberg.

*H. M. Baldridge*, for Isett, referred to the General Railroad Law, June 13th 1836, sect. 2, Pamph. L. 555, 2 Br. Purd. 1272, pl. 2; sect. 18, Id., 1276, pl. 18. The court cannot change the location of viewers: Beigh's Road, 11 Harris 305; Lower Merion Road, 8 P. F. Smith 66; Herr's Mill Road, 14 S. & R. 204; Wetmore Township, 18 P. F. Smith 340.

*T. Banks* and *S. S. Blair*, for Isenberg.—The order to view and lay out the road should have designated only the termini of the road. The viewers must not be controlled in any way by the order in respect to the intermediate points of the road: McConnell's Mill Road, 8 Casey 285; Road in Lower Merion, 8 P. F. Smith 66. If the viewers fail to describe the termini of the road it is fatal: Id.; Bean's Road, 11 Casey 280; Road in Lower Salford, 1 Id. 524.

Mr. Justice GORDON delivered the opinion of the court, October 12th 1874.

In this case a view was ordered at the July sessions 1869 to view and lay out a road from a point on the Etna Iron Works and Cove Forge road, near the barn of Joseph Isenberg, through lands of Joseph Isenberg, John Clark and John K. Sissler, to a point on the road leading from Etna Iron Works to John K. Sissler's, near the barn of John Clark. On this order there was a report to October 13th 1869, which was confirmed nisi October 25th 1869. An order of review was issued March 28th 1870. The report of reviewers was confirmatory of the original view. At the instance of John Clark and Joseph Isenberg, the court altered one of the termini of the road and confirmed the report.

[Catharine Township Road.]

Two errors are apparent in these proceedings: First, intermediate points are indicated in the petition and orders. This is fatal: McConnell's Road, 8 Casey 285.

Second, the court altered one of the termini, which it had no power to do: Beigh's Road, 11 Harris 302. The proceedings of the Quarter Sessions are therefore reversed and set aside.